**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| AMBER HUMPHREY, F/K/A AMBER HORVATH, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) CASE NO. 1:18-cv-01050 ) ) JUDGE JAMES S. GWIN |
| Plaintiff, | ) ) |
| v. | ) **MOTION FOR ADMISSION** ) **PRO HAC VICE** ) |
| FIRST CENTURY BANKCORP., and STORED VALUE CARDS, INC. (d/b/a NUMI FINANCIAL), | ) ) ) ) ) |
| Defendants. | ) |

Pursuant to Rule 83.5(h) of the Local Rules of the United States District Court for the Northern District of Ohio, George F. Verschelden hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants First Century Bancorp and Stored Value Cards, Inc. (d/b/a Numi Financial) in the above-captioned action.

Mr. Verschelden is in good standing of the bar of the State of Missouri.  Mr. Verschelden was admitted to the bar of the State of Missouri on September 17, 2003 and was assigned Missouri Bar Number 55128.  There are no pending disciplinary proceedings against Mr. Verschelden in any state or federal court.  Mr. Verschelden has never been convicted of a felony.  Mr. Verschelden has never been censured, suspended, disbarred, or denied admission or readmission by any court. This Motion is supported by the attached Affidavit, which is incorporated herein, pursuant to Local Rule 83.5(h).

Respectfully submitted,

        */s/ Michael J. Charlillo*
        Jeffrey S. Dunlap (0067923)
        David D. Yeagley (0042433)
        Michael J. Charlillo (0089022)
        Ulmer & Berne LLP
        1660 West 2nd Street, Suite 1100
        Cleveland, Ohio 44113
        Tel: (216) 583-7000
        Fax: (216) 583-7001
        jdunlap@ulmer.com
        dyeagley@ulmer.com
        mcharlillo@ulmer.com

        George Verschelden (Mo. Bar # 55128)
        STINSON LEONARD STREET LLP
        1201 Walnut Street, Suite 2900
        Kansas City, MO 64106-2150
        (816) 691-3382 (phone)
        (816) 412-9344 (fax)
        george.verschelden@stinson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of May, 2018, the foregoing was filed electronically via CM/ECF. Notice of this filing will be sent to all parties by operation of the CM/ECF system.

*/s/ Michael J. Charlillo*
Michael J. Charlillo (0089022)
Ulmer & Berne LLP

One of the Attorneys for Defendants