**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| AMBER HUMPHREY, f/k/a AMBER HORVATH, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED | ) ) ) ) ) | CASE NO. 1:18-CV-01050<br><br>JUDGE GWIN |
| Plaintiff, | ) ) | |
| v. | ) ) | **MOTION FOR ADMISSION *PRO HAC VICE* FOR DANIEL S. BLYNN** |
| STORED VALUE CARDS, INC., d/b/a NUMI FINANCIAL, et al., | ) ) ) | |
| Defendants. | ) | |

Defendant Stored Value Cards, Inc., by and through the undersigned counsel, hereby moves this Court, pursuant to Local Civil Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of Daniel S. Blynn, so that he may appear and participate in this case. As established in the attached affidavit, Daniel S. Blynn is a member in good standing of the courts to which he is admitted. Further, Daniel S. Blynn agrees to be bound by the Local Rules of this District and Orders of this Court.

For the foregoing reasons, counsel respectfully requests that this Court enter an order granting the admission *pro hac vice* of Daniel S. Blynn.

                                        Respectfully submitted,

Dated: July 10, 2018              */s/Robert F. Ware*
                                        Robert F. Ware (0055515)
                                        Rob.Ware@ThompsonHine.com
                                        Laura Watson Schultz (0084284)
                                        Laura.Schultz@ThompsonHine.com
                                        Thompson Hine LLP
                                        3900 Key Center
                                        127 Public Square
                                        Cleveland, OH 44114-1291
                                        Telephone: 216.566.5500
                                        Facsimile: 216.566.5800
                                        Phone: 216.566.578
                                        Facsimile: 216.566.5800

                                        *Attorneys for Defendant Stored Value Cards, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 10th day of July, 2018, a copy of the foregoing Motion for Admission *Pro Hac Vice* for Daniel S. Blynn and attached Affidavit was filed electronically via CM/ECF.  Notice of this filing will be sent to all parties by operation of the CM/ECF system.

>*/s/ Robert F. Ware*
>
>*One of the Attorneys for Defendant*
>*Stored Value Cards, Inc.*