# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AMBER HUMPHREY, f/k/a AMBER HORVATH, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED ) ) ) ) ) | CASE NO. 1:18-CV-01050<br><br>JUDGE GWIN |
| Plaintiff, ) ) | |
| v. ) ) | **MOTION FOR ADMISSION *PRO HAC VICE* FOR MARY M. GARDNER** |
| STORED VALUE CARDS, INC., d/b/a NUMI FINANCIAL, et al., ) ) ) | |
| Defendants. ) | |

Defendant Stored Value Cards, Inc., by and through the undersigned counsel, hereby moves this Court, pursuant to Local Civil Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of Mary M. Gardner, so that she may appear and participate in this case. As established in the attached affidavit, Mary M. Gardner is a member in good standing of the courts to which she is admitted. Further, Mary M. Gardner agrees to be bound by the Local Rules of this District and Orders of this Court.

For the foregoing reasons, counsel respectfully requests that this Court enter an order granting the admission *pro hac vice* of Mary M. Gardner.

                                              Respectfully submitted,

Dated:  July 10, 2018                */s/Robert F. Ware*
                                              Robert F. Ware (0055515)
                                              Rob.Ware@ThompsonHine.com
                                              Laura Watson Schultz (0084284)
                                              Laura.Schultz@ThompsonHine.com
                                              Thompson Hine LLP
                                              3900 Key Center
                                              127 Public Square
                                              Cleveland, OH 44114-1291
                                              Telephone:  216.566.5500
                                              Facsimile:   216.566.5800
                                              Phone: 216.566.578
                                              Facsimile: 216.566.5800

                                              *Attorneys for Defendant Stored Value Cards, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 10th day of July, 2018, a copy of the foregoing Motion for Admission *Pro Hac Vice* for Mary M. Gardner and attached Affidavit was filed electronically via CM/ECF.  Notice of this filing will be sent to all parties by operation of the CM/ECF system.

*/s/Robert F. Ware*

*One of the Attorneys for Defendant Stored Value Cards, Inc.*