UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMBER HUMPHREY, F/K/A ) <br> AMBER HORVATH, ON BEHALF OF ) <br> HERSELF AND ALL OTHERS ) <br> SIMILARLY SITUATED, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v.  ) <br>   ) <br>   ) <br> STORED VALUE CARDS, INC. ) <br> d/b/a NUMI FINANCIAL, et al. ) <br>   ) <br> Defendants. ) | Case No. 1:18-cv-01050 <br><br> Judge James S. Gwin. <br><br><br> **MOTION FOR ADMISSION** <br> ***PRO HAC VICE* FOR** <br> **GERALD S. SACHS** |

Defendant Stored Value Cards, Inc., by and through the undersigned counsel, hereby moves this Court, pursuant to Local Civil Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of Gerald S. Sachs, so that he may appear and participate in this case. As established in the attached affidavit, Gerald S. Sachs is a member in good standing of the courts to which he is admitted. Further, Gerald S. Sachs agrees to be bound by the Local Rules of this District and Orders of this Court.

For the foregoing reasons, counsel respectfully requests that this Court enter an order granting the admission *pro hac vice* of Gerald S. Sachs.

Respectfully submitted,

Dated: July 11, 2018

*/s/Robert F. Ware*
Robert F. Ware (0055515)
Rob.Ware@ThompsonHine.com
Laura Watson Schultz (0084284)

Laura.Schultz@ThompsonHine.com
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Telephone: 216.566.5500
Facsimile: 216.566.5800
Phone: 216.566.578
Facsimile: 216.566.5800

*Attorneys for Defendant Stored Value Cards, Inc.*

## CERTIFICATE OF SERVICE

    I certify that on this 13th day of July, 2018, a copy of the foregoing Motion for Admission *Pro Hac Vice* for Gerald S. Sachs and attached Affidavit was filed electronically via CM/ECF.  Notice of this filing will be sent to all parties by operation of the CM/ECF system.

                                                    */s/Robert F. Ware*

                                                    Thompson Hine LLP

                                                    One of the Attorneys for Defendant
                                                    Stored Value Cards, Inc.