IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMBER HUMPHREY , f/k/a AMBER HORVATH, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>STORED VALUE CARDS, INC. d/b/a NUMI FINANCIAL, et al.,<br><br>Defendants. | CASE NO. 1:18-CV-01050<br><br>JUDGE GWIN<br><br>**MOTION FOR ADMISSION PRO HAC VICE FOR ERIC J. NYSTROM** |

Defendant Stored Value Cards, Inc. moves this Court, pursuant to Local Civil Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of Eric J. Nystrom, so that he may appear and participate in this case. As established in the attached affidavit, Eric J. Nystrom is a member in good standing of the courts to which he is admitted. Further, Eric J. Nystrom agrees to be bound by the Local Rules of this District and Orders of this Court.

For the foregoing reasons, counsel respectfully requests that this Court enter an order granting the admission *pro hac vice* of Eric J. Nystrom

Dated: July 30, 2019  Respectfully submitted,

/s/Robert F. Ware
Robert F. Ware (0055515)
Laura Watson Schultz (0084284)
Rob.Ware@ThompsonHine.com
Laura.Schultz@ThompsonHine.com
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Telephone: (216) 566-5500
Facsimile: (216) 566-5800

*Attorneys for Defendant Stored Value Cards, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2019, a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE FOR ERIC J. NYSTROM was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Robert F. Ware
Robert F. Ware (0055515)
Laura Watson Schultz (0084284)
Rob.Ware@ThompsonHine.com
Laura.Schultz@ThompsonHine.com
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Telephone: (216) 566-5500
Facsimile: (216) 566-5800

*Attorneys for Defendant Stored Value Cards, Inc.*