IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMBER HUMPHREY, f/k/a AMBER HORVATH, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>STORED VALUE CARDS, INC. d/b/a NUMI FINANCIAL, et al.,<br><br>Defendants. | CASE NO. 1:18-cv-01050-JG<br><br>JUDGE JAMES S. GWIN<br><br>**MOTION FOR ADMISSION PRO HAC VICE FOR GREGORY S. KORMAN** |

Defendant Republic Bank & Trust Company moves this Court, pursuant to Local Civil Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission pro hac vice of Gregory S. Korman, so that he may appear and participate in this case. As established in the attached affidavit, Gregory S. Korman is a member in good standing of the courts to which he is admitted. Further, Gregory S. Korman agrees to be bound by the Local Rules of this District and Orders of this Court.

For the foregoing reasons, counsel respectfully requests that this Court enter an order granting the admission pro hac vice of Gregory S. Korman.

Dated: August 8, 2019	Respectfully submitted,

/s/ Robert F. Ware
Robert F. Ware (0055515)
Laura Watson Schultz (0084284)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Telephone:	216.566.5500
Facsimile:	216.566.5800
Email: Rob.ware@thompsonhine.com
  Laura.schultz@thompsonhine.com

*Attorneys for Defendant Republic Bank & Trust Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE FOR GREGORY S. KORMAN was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert F. Ware
Robert F. Ware (0055515)
Laura Watson Schultz (0084284)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Telephone: 216.566.5500
Facsimile: 216.566.5800
Email: Rob.ware@thompsonhine.com
Laura.schultz@thompsonhine.com

*Attorneys for Defendant Republic Bank & Trust Company*
