**FILED**
4:02 pm Sep 28 2020
Clerk U.S. District Court
Northern District of Ohio
Cleveland

9/11/2020

HOME INFORMATION:

FROM INMATE ALOYSIUS THADDEUS HENRY.#152683 B/M

311 ARROWHEAD DR. TROY, ALABAMA 36081

PHONE, 334-566-4175. or 334-787-2906

AMBER HUMPHREY, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED V. STORED VALUE CARDS, IN d.b.a. NUMI FINANCIAL, et, al,.

LOCATION AS OF NOW:

ELMORE, CORRECTIONAL FACILITY.

2690 MARION SPILLWAY RD

ELMORE, ALABAMA 36025

CASE: 1;18-CV-01050(N.D.OHIO)

DORM-B1-107-A

IN RE:

WHERE I HAVE ALSO BEEN A VICTIM OF THE DEBIT CARD SCAM ASWELL. I'VE BEEN AT ELBA WORK RELEASE, AND RED EGALE AND FRANK-LEE AND ALSO CAMDEN WORK RELEASE HAS DEBIT CARDS ASWELL. I HAVE BEEN A VICTIM OF THIS PRE-PAID DEBIT CARD.

IM WRITING THE COURTS OF THE NORTHEN DISTRICT OF OHIO, AT CARL B. STOKES U. S. COURT HOUSE 801 WEST SUPERIOR AVENUE, CLEVELAND OHIO 44113.

ATTORNEYS APPOINTED, O"TOOLE McLAUGHLIN DOOLEY & PECORA, OF SHEFFIELD VILLAGE, OHIO, AS CLASS COUNSEL FOR PLAINTIFF"S.

WHERE I WOULD LIKE TO ALSO BECOME APART OF THIS CLASS ACTION CLAIM

CERTIFICATE OF SERVICE

I HAVE SERVED A COPY OF THE FOREGOING ON TO THE COURTS BY U. S. MAIL ON THIS THE 11th DAY OF SEPTEMBER 2020.

_Aloysius T. Henry_ COMPLAINTIFF'

#152683